IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TOMMIE LEE HOPKINS,**            )<br>                                                            )<br>            **Petitioner/Defendant,**      )<br>                                                            )<br>**vs.**                                                    )<br>                                                            )<br>**UNITED STATES of AMERICA ,**    )<br>                                                            )<br>            **Respondent/Plaintiff.**         ) | **CIVIL NO. 10-cv-384-DRH**<br><br>**CRIMINAL NO. 08-cr-30226** |

# MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 (Doc. 1).

Petitioner pleaded guilty to two counts of distributing cocaine base in violation of 21 U.S.C. § 841(a)(1). On November 20, 2009, Petitioner was sentenced to 70 months imprisonment, 4 years supervised release, a $200 assessment, and a $700 fine. Petitioner filed a direct appeal concerning his sentence, but subsequently dismissed the appeal. *United States v. Hopkins*, No. 09-3881 (7th Cir., dismissing the appeal May 20, 2010).

In his § 2255 motion, Petitioner asserts that his guilty plea was "unlawfully induced" and that his trial counsel provided ineffective assistance.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response,

attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED:** July 14, 2010.

/s/    DavidRHerndon
**DISTRICT JUDGE**