IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TOMMIE L. HOPKINS,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                                       No. 10-cv-384-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on January 3, 2013, Petitioner's claims are **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:  *s/Sara Jennings*
                                               Deputy Clerk

Dated: January 3, 2013

Digitally signed by
David R. Herndon
Date: 2013.01.03
13:03:56 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT